IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Sarah J. Young, | ) | Case No. 26-10290-JCM |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Sarah J. Young, | ) | Document No.  10 |
| *Movant(s)* | ) | |
| | ) | |
| No Respondents | ) | |

## **ORDER OF COURT**

AND NOW, to wit, this _____16th_____ day of _____June_____, 2026, it is

hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, Sarah J. Young is hereby

granted an extension until June 29, 2026 to file the completed petition in this case.

_____

John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
6/16/26 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-10290-JCM

Sarah J. Young                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Jun 16, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

**Recip ID               Recipient Name and Address**
db                         + Sarah J. Young, 3450 Davison Road, Harborcreek, PA 16421-1415

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Kenneth Steidl
                                       on behalf of Debtor Sarah J. Young julie.steidl@steidl-steinberg.com
                                       ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com

Matthew Fissel
                                       on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                                       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                       cmecf@chapter13trusteewdpa.com

Sherri R Dicks
                                       on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC sdicks@raslg.com

TOTAL: 5