# Sarah J. Young

# Proof of Income
# Filed pursuant to rule 1007-4

# Case No. 26-10290



**1 of 1** Preview Direct Deposit Preview Direct Deposit Preview Direct Deposit Preview Direct Deposit Preview Direct Deposit Preview

YMCA OF GREATER ERIE
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 04/03/2026 | 312833 |

**\*\*\* This is not a check\*\*\***

**Direct Deposit Advice**

Direct Deposit Voucher
0147 31041 040326 312833
**Sarah J. Young**
3450 Davison Rd
Harborcreek, PA 16421-1415

| Direct Deposit Amount | \*\*\*\*\*\*\*\* 476.99 |
|---|---|

Please check your address for W-2's

| Sarah J. Young | | | | April 03, 2026 | | | 312833 |
|---|---|---|---|---|---|---|---|
| Emp Id | 31091 | Loc | 3-6-2120-01 | Period Begin | 03/15/26 | Net Pay | 476.99 |
| SSN | XXX-XX-1257 | Hire Date | 05/27/25 | Period End | 03/28/26 | Dir Dep | 476.99 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

**Earnings Summary**

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 30.75 | 12.000000 | 369.00 | 3,912.00 |
| PTO - Employee Paid Ti | 14.50 | 12.000000 | 174.00 | 366.00 |
| Holiday | 0.00 | | 0.00 | 144.00 |
| | 45.25 | | 543.00 | 4,422.00 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 543.00 | 0.00 | 0.00 |
| OASDI | | 543.00 | 33.66 | 274.16 |
| Medicare | | 543.00 | 7.87 | 64.12 |
| Medicare - Additional | | 543.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 543.00 | 16.67 | 135.75 |
| PA SUI - EE | | 543.00 | 0.38 | 3.10 |
| Erie - Harbor Creek S f | | 543.00 | 5.43 | 44.22 |
| 250701 - Erie - Harbor | | 543.00 | 2.00 | 14.00 |
| | | | 66.01 | 535.35 |

**Direct Deposits**

| Bank | Account | Current Amt |
|---|---|---|
| VARO BANK, NATIONA | Ends with \*\*\*8095 | 476.99 |
| | | 476.99 |

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

**Payment Summary for Voucher 312833**

| | |
|---|---|
| Total Gross Pay | 543.00 |
| Federal Taxes | -41.53 |
| State and Local Taxes | -24.48 |
| Other Deductions | 0.00 |
| Net Pay | 476.99 |
| Direct Deposits | -476.99 |
| Net Check | 0.00 |

**Additional Information**

**Time Off Balances**

| | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 9.50 |



**1 of 1**

ii Preview    Direct Deposit Preview    Direct Deposit Preview    Direct Deposit Preview    Direct Deposit Preview    Direct Deposit Preview

.. OF GREATER ERIE
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 03/20/2026 | 312451 |

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Voucher
0147 31091 03/20/26 312451
**Sarah J. Young**
3450 Davison Rd
Harborcreek, PA 16421-1415

**Direct Deposit Amount**        ********540.48

Please check your address for W-2's

Direct Deposit Preview    Direct Deposit Preview    Direct Deposit Preview    Direct Deposit Preview    Direct Deposit Preview    Direct Deposit Preview

| Sarah J. Young | | | March 20, 2026 | | | | 312451 |
|---|---|---|---|---|---|---|---|
| Emp Id | 31091 | Loc | 3-6-2120-01 | Period Begin | 03/01/26 | Net Pay | 540.48 |
| SSN | XXX-XX-1257 | Hire Date | 05/27/25 | Period End | 03/14/26 | Dir Dep | 540.48 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

**Earnings Summary**

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 51.25 | 12.000000 | 615.00 | 3,543.00 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 192.00 |
| Holiday | 0.00 | | 0.00 | 144.00 |
| | 51.25 | | 615.00 | 3,879.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 615.00 | 0.00 | 0.00 |
| OASDI | | 615.00 | 38.13 | 240.50 |
| Medicare | | 615.00 | 8.92 | 56.25 |
| Medicare - Additional | | 615.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 615.00 | 18.88 | 119.08 |
| PA SUI - EE | | 615.00 | 0.44 | 2.72 |
| Erie - Harbor Creek S I | | 615.00 | 6.15 | 38.79 |
| 250701 - Erie - Harbor | | 615.00 | 2.00 | 12.00 |
| | | | 74.52 | 469.34 |

**Direct Deposits**

| Bank | Account | Current Amt |
|---|---|---|
| VARO BANK, NATIONA | Ends with ***8095 | 540.48 |
| | | 540.48 |

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

**Payment Summary for Voucher 312451**

| | |
|---|---|
| Total Gross Pay | 615.00 |
| Federal Taxes | -47.05 |
| State and Local Taxes | -27.47 |
| Other Deductions | 0.00 |
| Net Pay | 540.48 |
| Direct Deposits | -540.48 |
| Net Check | 0.00 |

**Additional Information**

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 24.00 |

goeccaonline.com



1:35



Direct Deposit Preview Direct Deposit Preview Direct Deposit Preview Direct Deposit Preview Direct Deposit Preview Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

Voucher Date 03/06/2026

Voucher Number 312064

**Direct Deposit Advice**

*** This is not a check***

**Direct Deposit Amount** ******** 593.42

Please check your address for W-2's

Direct Deposit Voucher
0147  31091 03/06/26 312064
**Sarah J. Young**
3450 Davison Rd
Harborcreek, PA 16421-1415

Direct Deposit Preview  Direct Deposit Preview  Direct Deposit Preview  -  Direct Deposit Preview  Direct Deposit Preview  Direct Deposit Preview

| Sarah J. Young | | March 06, 2026 | | | | | 312064 |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 31091 | Loc | 3-6-2120-01 | Period Begin | 02/15/26 | Net Pay | 593.42 |
| SSN | XXX-XX-1257 | Hire Date | 05/27/25 | Period End | 02/28/26 | Dir Dep | 593.42 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 56.25 | 12.000000 | 675.00 | 2,928.00 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 192.00 |
| Holiday | 0.00 | | 0.00 | 144.00 |
| | 56.25 | | 675.00 | 3,264.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 675.00 | 0.00 | 0.00 |
| OASDI | | 675.00 | 41.85 | 202.37 |
| Medicare | | 675.00 | 9.79 | 47.33 |
| Medicare - Additional | | 675.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 675.00 | 20.72 | 100.20 |
| PA SUI - EE | | 675.00 | 0.47 | 2.28 |
| Erie - Harbor Creek S I | | 675.00 | 6.75 | 32.64 |
| 250701 - Erie - Harbor | | 675.00 | 2.00 | 10.00 |
| | | | 81.58 | 394.82 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| VARO BANK, NATIONA | Ends with ***8095 | 593.42 |
| | | 593.42 |

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 312064

| | |
|---|---|
| Total Gross Pay | 675.00 |
| Federal Taxes | -51.64 |
| State and Local Taxes | -29.94 |
| Other Deductions | 0.00 |
| Net Pay | 593.42 |
| Direct Deposits | -593.42 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances**

| | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 24.00 |

\* Balances shown may exclude probation hours. Your usable hours may be different



goeccaonline.com

**1 of 1**

Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**? GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 02/06/2026 | 311296 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount**          \*\*\*\*\*\*\*\* 733.69

Please check your address for W-2's

Direct Deposit Voucher
0147  31091  02/06/26  311296
**Sarah J. Young**
3450 Davison Rd
Harborcreek, PA 16421-1415

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_0201_Y © 2012 ReadyPayY

| Sarah J. Young | | February 06, 2026 | | 311296 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 31091 | Loc | 3-6-2120-01 | Period Begin | 01/18/26 | Net Pay | 733.69 |
| SSN | XXX-XX-1257 | Hire Date | 05/27/25 | Period End | 01/31/26 | Dir Dep | 733.69 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 69.50 | 12.000000 | 834.00 | 1,611.00 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 192.00 |
| Holiday | 0.00 | | 0.00 | 144.00 |
| | 69.50 | | 834.00 | 1,947.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 834.00 | 0.00 | 0.00 |
| OASDI | | 834.00 | 51.70 | 120.71 |
| Medicare | | 834.00 | 12.09 | 28.23 |
| Medicare - Additional | | 834.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 834.00 | 25.60 | 59.77 |
| PA SUI - EE | | 834.00 | 0.58 | 1.36 |
| Erie - Harbor Creek S [ | | 834.00 | 8.34 | 19.47 |
| 250701 - Erie - Harbor | | 834.00 | 2.00 | 6.00 |
| | | | 100.31 | 235.54 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| VARO BANK, NATIONA Ends with \*\*\*8095 | | 733.69 |
| | | 733.69 |

### Payment Summary for Voucher 311296

| | |
|---|---|
| Total Gross Pay | 834.00 |
| Federal Taxes | -63.79 |
| State and Local Taxes | -36.52 |
| Other Deductions | 0.00 |
| Net Pay | 733.69 |
| Direct Deposits | -733.69 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances**

| | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 24.00 |

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 12/26/2025 | 310060 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount**       \*\*\*\*\*\*\*\* 540.49

Direct Deposit Voucher
0147  31091  12/26/25  310060
**Sarah J. Young**
3450 Davison Rd
Harborcreek, PA 16421-1415

Please check your address for W-2's

Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

RP_810_8201_V © 2012 ReadyPayY

| Sarah J. Young | December 26, 2025 | 310060 |
|---|---|---|

| Emp Id | 31091 | Loc | 3-6-2120-01 | Period Begin | 12/07/25 | Net Pay | 540.49 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1257 | Hire Date | 05/27/25 | Period End | 12/20/25 | Dir Dep | 540.49 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

## Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 51.25 | 12.000000 | 615.00 | 10,161.00 |
| Overtime Earnings | 0.00 | | 0.00 | 148.50 |
| Bereavement | 0.00 | | 0.00 | 144.00 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 192.00 |
| | 51.25 | | 615.00 | 10,645.50 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | 111-0 | 615.00 | 0.00 | 0.00 |
| OASDI | | 615.00 | 38.13 | 660.02 |
| Medicare | | 615.00 | 8.92 | 154.36 |
| Medicare - Additional | | 615.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 615.00 | 18.88 | 326.82 |
| PA SUI - EE | | 615.00 | 0.43 | 7.45 |
| Erie - Harbor Creek S I | | 615.00 | 6.15 | 106.47 |
| 250701 - Erie - Harbor | | 615.00 | 2.00 | 30.00 |
| | | | 74.51 | 1,285.12 |

## Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| VARO BANK, NATIONA Ends with \*\*\*8095 | | 540.49 |
| | | 540.49 |

## Payment Summary for Voucher 310060

| | |
|---|---|
| Total Gross Pay | 615.00 |
| Federal Taxes | -47.05 |
| State and Local Taxes | -27.46 |
| Other Deductions | 0.00 |
| Net Pay | 540.49 |
| Direct Deposits | -540.49 |
| Net Check | 0.00 |

## Additional Information

**Time Off Balances**

| | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 0.00 |

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 11/28/2025 | 309284 |

**Direct Deposit Advice**

\*\*\* This is not a check\*\*\*

Direct Deposit Voucher
0147 31091 11/28/25 309284
**Sarah J. Young**
3450 Davison Rd
Harborcreek, PA 16421-1415

**Direct Deposit Amount**  \*\*\*\*\*\*\*\* 535.20

Please check your address for W-2's

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_9201_Y © 2018 RandyPayY

| Sarah J. Young | November 28, 2025 | 309284 |
|---|---|---|

| Emp Id | 31091 | Loc | 3-6-2120-01 | Period Begin | 11/09/25 | Net Pay | 535.20 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1257 | Hire Date | 05/27/25 | Period End | 11/22/25 | Dir Dep | 535.20 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

## Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 31.75 | 12.000000 | 381.00 | 8,961.00 |
| Regular Earnings | 1.00 | 12.000000 | 12.00 | |
| Overtime Earnings | 0.00 | | 0.00 | 148.50 |
| Bereavement | 12.00 | 12.000000 | 144.00 | 144.00 |
| PTO - Employee Paid Ti | 6.00 | 12.000000 | 72.00 | 192.00 |
| | 50.75 | | 609.00 | 9,445.50 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 609.00 | 0.00 | 0.00 |
| OASDI | | 609.00 | 37.76 | 585.62 |
| Medicare | | 609.00 | 8.83 | 136.96 |
| Medicare - Additional | | 609.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 609.00 | 18.70 | 289.98 |
| PA SUI - EE | | 609.00 | 0.42 | 6.61 |
| Erie - Harbor Creek S I | | 609.00 | 6.09 | 94.47 |
| 250701 - Erie - Harbor | | 609.00 | 2.00 | 26.00 |
| | | | 73.80 | 1,139.64 |

## Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| VARO BANK, NATIONA | Ends with \*\*\*8095 | 535.20 |
| | | 535.20 |

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

## Payment Summary for Voucher 309284

| | |
|---|---|
| Total Gross Pay | 609.00 |
| Federal Taxes | -46.59 |
| State and Local Taxes | -27.21 |
| Other Deductions | 0.00 |
| Net Pay | 535.20 |
| Direct Deposits | -535.20 |
| Net Check | 0.00 |

## Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 0.00 |

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**YMCA OF GREATER ERIE**

31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 10/31/2025 | 308492 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

Direct Deposit Voucher
0147  31091  10/31/25  308492
**Sarah J. Young**

3450 Davison Rd
Harborcreek, PA 16421-1415

**Direct Deposit Amount**                    **\*\*\*\*\*\*\*\* 686.03**

Please check your address for W-2's

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RF_010_0201_Y © 2012 ReadyPay/

| Sarah J. Young | | | October 31, 2025 | | | | 308492 |
|---|---|---|---|---|---|---|---|

| Emp Id | 31091 | Loc | 3-6-2120-01 | Period Begin | 10/12/25 | Net Pay | 686.03 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1257 | Hire Date | 05/27/25 | Period End | 10/25/25 | Dir Dep | 686.03 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 57.25 | 12.000000 | 687.00 | 7,890.00 |
| Overtime Earnings | 0.00 | | 0.00 | 148.50 |
| Bereavement | 0.00 | | 0.00 | 0.00 |
| PTO - Employee Paid Ti | 7.75 | 12.000000 | 93.00 | 120.00 |
| | 65.00 | | 780.00 | 8,158.50 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 780.00 | 0.00 | 0.00 |
| OASDI | | 780.00 | 48.36 | 505.83 |
| Medicare | | 780.00 | 11.31 | 118.30 |
| Medicare - Additional | | 780.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 780.00 | 23.95 | 250.47 |
| PA SUI - EE | | 780.00 | 0.55 | 5.71 |
| Erie - Harbor Creek S I | | 780.00 | 7.80 | 81.60 |
| 250701 - Erie - Harbor | | 780.00 | 2.00 | 22.00 |
| | | | 93.97 | 983.91 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| VARO BANK, NATIONA | Ends with \*\*\*8095 | 686.03 |
| | | 686.03 |

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 308492

| | |
|---|---|
| Total Gross Pay | 780.00 |
| Federal Taxes | -59.67 |
| State and Local Taxes | -34.30 |
| Other Deductions | 0.00 |
| Net Pay | 686.03 |
| Direct Deposits | -686.03 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances**        Dollars        Hours

| | | |
|---|---|---|
| PTO -Employee PTO | | 6.00 |

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 10/03/2025 | 307671 |

**Direct Deposit Advice**

### *** This is not a check***

Direct Deposit Voucher
0147  31091  10/03/25  307671
**Sarah J. Young**
3450 Davison Rd
Harborcreek, PA 16421-1415

**Direct Deposit Amount**  ******** 643.71

Please check your address for W-2's

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_0201_Y © 2012 ReadyPayY

| Sarah J. Young | | October 03, 2025 | | | | | 307671 |
|---|---|---|---|---|---|---|---|

| Emp Id | 31091 | Loc | 3-6-2120-01 | Period Begin | 09/14/25 | Net Pay | 643.71 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1257 | Hire Date | 05/27/25 | Period End | 09/27/25 | Dir Dep | 643.71 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 61.00 | 12.000000 | 732.00 | 6,648.00 |
| Overtime Earnings | 0.00 | | 0.00 | 148.50 |
| Bereavement | 0.00 | | 0.00 | 0.00 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 0.00 |
| | 61.00 | | 732.00 | 6,796.50 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 732.00 | 0.00 | 0.00 |
| OASDI | | 732.00 | 45.38 | 421.38 |
| Medicare | | 732.00 | 10.61 | 98.55 |
| Medicare - Additional | | 732.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 732.00 | 22.47 | 208.65 |
| PA SUI - EE | | 732.00 | 0.51 | 4.76 |
| Erie - Harbor Creek S I | | 732.00 | 7.32 | 67.98 |
| 250701 - Erie - Harbor | | 732.00 | 2.00 | 18.00 |
| | | | 88.29 | 819.32 |

### Payment Summary for Voucher 307671

| | |
|---|---|
| Total Gross Pay | 732.00 |
| Federal Taxes | -55.99 |
| State and Local Taxes | -32.30 |
| Other Deductions | 0.00 |
| Net Pay | 643.71 |
| Direct Deposits | -643.71 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances**

| | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 16.00 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| VARO BANK, NATIONA | Ends with ***8095 | 643.71 |
| | | 643.71 |

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501



## Case # 414302750

PAYEE vs Brumagin, Nicholas

Order Effective Date: 01/07/2026

| OVERALL BALANCE | $5,425.41 |
| --- | --- |

| Total Monthly Support | **$1,082.60** |
| --- | --- |
| + Monthly Support | $**940.60** |
| + Ordered On Arrears | $**142.00** |

## Received In March    $0.00

| Still Due This Month | **$1,082.60** |
| --- | --- |

Most Recent(5) Payments

| Payment Issued 01/09/2026 | **$185.19** |
| --- | --- |





≡ PA Child Support Program 🔔

## Most Recent(5) Payments

Payment Issued
01/09/2026                        **$185.19**

Payment Issued
01/05/2026                        **$185.19**

Payment Issued
12/29/2025                        **$185.19**

Payment Issued
12/19/2025                        **$185.19**

Payment Issued
12/05/2025                        **$185.19**

**Scheduled Events**                    >
0 events are scheduled for this case.



**7:02**



Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| Voucher Date | Voucher Number |
|---|---|
| 03/06/2026 | 312065 |

**Direct Deposit Advice**

*** This is not a check***

| | Direct Deposit Amount | ******** 825.83 |
|---|---|---|

Direct Deposit Voucher
0147 30960 03/06/26 312065
**Nathan Beam**
3286 Dias St
Erie, PA 16510

Please check your address for W-2's

Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

RP_010_0301_Y © 2013 ReadyPay?

| Nathan Beam | | March 06, 2026 | | 312065 |
|---|---|---|---|---|

| Emp Id | 30960 | Loc | 3-6-2120-01 | Period Begin | 02/15/26 | Net Pay | 825.83 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-5087 | Hire Date | 04/18/23 | Period End | 02/28/26 | Dir Dep | 825.83 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 69.75 | 12.300000 | 857.93 | 3,797.64 |
| Overtime Earnings | 0.00 | | 0.00 | 0.00 |
| PTO - Employee Paid Ti | 15.00 | 12.300000 | 184.50 | 516.60 |
| Holiday | 0.00 | | 0.00 | 236.78 |
| Co Match | 0.00 | 7.000000 | 72.97 | 318.57 |
| Co Match Add'l | 0.00 | 1.000000 | 10.42 | 45.51 |
| | 84.75 | | 1,042.43 | 4,551.02 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 1,042.43 | 0.00 | 0.00 |
| OASDI | | 1,042.43 | 64.63 | 282.16 |
| Medicare | | 1,042.43 | 15.12 | 65.99 |
| Medicare - Additional | | 1,042.43 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,042.43 | 32.00 | 139.72 |
| PA SUI - EE | | 1,042.43 | 0.73 | 3.19 |
| Erie - Harbor Creek S I | | 1,042.43 | 10.42 | 45.51 |
| 250701 - Erie - Harbor | | 1,042.43 | 2.00 | 10.00 |
| | | | 124.90 | 546.57 |

| Other Deductions from Pay | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Retirement | | | 41.70 | 182.05 |
| Childcare Expense | | | 50.00 | 250.00 |
| | | | 91.70 | 432.05 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK, NATI( Ends with ***8606 | | 825.83 |
| | | 825.83 |

This code is shown for information only. It has no effect on your net pay.

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 312065

| | |
|---|---|
| Total Gross Pay | 1,042.43 |
| Federal Taxes | -79.75 |
| State and Local Taxes | -45.15 |
| Other Deductions | -91.70 |
| Net Pay | 825.83 |
| Direct Deposits | -825.83 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances**

| | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 58.75 |

* Balances shown may exclude probation hours. Your usable hours may be different.



7:03

Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

**Voucher Date** 02/20/2026  **Voucher Number** 311680

**Direct Deposit Advice**

*** This is not a check***

**Direct Deposit Amount**  ******** 735.19

Please check your address for W-2's

Direct Deposit Voucher
0147  30960 02/20/26 311680
**Nathan Beam**
3286 Dias St
Erie, PA 16510

Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

| Nathan Beam | | February 20, 2026 | | | | | 311680 |
|---|---|---|---|---|---|---|---|
| Emp Id | 30960 | Loc | 3-6-2120-01 | Period Begin | 02/01/26 | Net Pay | 735.19 |
| SSN | XXX-XX-5087 | Hire Date | 04/18/23 | Period End | 02/14/26 | Dir Dep | 735.19 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 76.00 | 12.300000 | 934.80 | 2,939.71 |
| Overtime Earnings | 0.00 | | 0.00 | 0.00 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 332.10 |
| Holiday | 0.00 | | 0.00 | 236.78 |
| Co Match | 0.00 | 7.000000 | 65.44 | 245.60 |
| Co Match Add'l | 0.00 | 1.000000 | 9.35 | 35.09 |
| | 76.00 | | 934.80 | 3,508.59 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 934.80 | 0.00 | 0.00 |
| OASDI | | 934.80 | 57.96 | 217.53 |
| Medicare | | 934.80 | 13.55 | 50.87 |
| Medicare - Additional | | 934.80 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 934.80 | 28.70 | 107.72 |
| PA SUI - EE | | 934.80 | 0.66 | 2.46 |
| Erie - Harbor Creek S I | | 934.80 | 9.35 | 35.09 |
| 250701 - Erie - Harbor | | 934.80 | 2.00 | 8.00 |
| | | | 112.22 | 421.67 |

| Other Deductions from Pay | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Retirement | | | 37.39 | 140.35 |
| Childcare Expense | | | 50.00 | 200.00 |
| | | | 87.39 | 340.35 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK, NATI( Ends with ***8606 | | 735.19 |
| | | 735.19 |

This code is shown for information only. It has no effect on your net pay.

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 311680

| | |
|---|---|
| Total Gross Pay | 934.80 |
| Federal Taxes | -71.51 |
| State and Local Taxes | -40.71 |
| Other Deductions | -87.39 |
| Net Pay | 735.19 |
| Direct Deposits | -735.19 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 73.75 |

**7:02**

Direct Deposit Preview   Direct Deposit Preview   Direct Deposit Preview   Direct Deposit Preview   Direct Deposit Preview   Direct Deposit Preview

### YMCA OF GREATER ERIE
31 WEST 10TH STREET
ERIE. PA 16501

| Voucher Date | Voucher Number |
|---|---|
| 02/06/2026 | 311297 |

**Direct Deposit Advice**

***\*\*\* This is not a check\*\*\****

**Direct Deposit Amount**     \*\*\*\*\*\*\*\* 722.26

Please check your address for W-2's

Direct Deposit Voucher
0147  30960  02/06/26  311297
**Nathan Beam**
3286 Dias St
Erie, PA 16510

Direct Deposit Preview   Direct Deposit Preview   Direct Deposit Preview   Direct Deposit Preview   Direct Deposit Preview   Direct Deposit Preview

RP_010_0a01_F © 2013 ReadyPay?

| Nathan Beam | February 06, 2026 | 311297 |
|---|---|---|

| Emp Id | 30960 | Loc | 3-6-2120-01 | Period Begin | 01/18/26 | Net Pay | 722.26 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-5087 | Hire Date | 04/18/23 | Period End | 01/31/26 | Dir Dep | 722.26 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 74.75 | 12.300000 | 919.43 | 2,004.91 |
| Overtime Earnings | 0.00 | | 0.00 | 0.00 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 332.10 |
| Holiday | 0.00 | | 0.00 | 236.78 |
| Co Match | 0.00 | 7.000000 | 64.36 | 180.16 |
| Co Match Add'l | 0.00 | 1.000000 | 9.19 | 25.74 |
| | 74.75 | | 919.43 | 2,573.79 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 919.43 | 0.00 | 0.00 |
| OASDI | | 919.43 | 57.00 | 159.57 |
| Medicare | | 919.43 | 13.33 | 37.32 |
| Medicare - Additional | | 919.43 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 919.43 | 28.23 | 79.02 |
| PA SUI - EE | | 919.43 | 0.64 | 1.80 |
| Erie - Harbor Creek S I | | 919.43 | 9.19 | 25.74 |
| 250701 - Erie - Harbor | | 919.43 | 2.00 | 6.00 |
| | | | 110.39 | 309.45 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Retirement | 36.78 | 102.96 |
| Childcare Expense | 50.00 | 150.00 |
| | 86.78 | 252.96 |

### Payment Summary for Voucher 311297

| | |
|---|---|
| Total Gross Pay | 919.43 |
| Federal Taxes | -70.33 |
| State and Local Taxes | -40.06 |
| Other Deductions | -86.78 |
| Net Pay | 722.26 |
| Direct Deposits | -722.26 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 73.75 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK, NATI( Ends with \*\*\*8606 | | 722.26 |
| | | 722.26 |

This code is shown for information only. It has no effect on your net pay.

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE. PA 16501

**7:03**

## 1 of 1

Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**? GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date 01/23/2026 | Voucher Number 310914 |

**Direct Deposit Advice**

*** This is not a check***

**Direct Deposit Amount** ******** 660.10

Direct Deposit Voucher
0147  30960  01/23/26  310914
**Nathan Beam**
3286 Dias St
Erie, PA 16510

Please check your address for W-2's

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

| **Nathan Beam** | | **January 23, 2026** | | | **310914** |

| Emp Id | 30960 | Loc | 3-6-2120-01 | Period Begin | 01/04/26 | Net Pay | 660.10 |
| SSN | XXX-XX-5087 | Hire Date | 04/18/23 | Period End | 01/17/26 | Dir Dep | 660.10 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 44.75 | 12.300000 | 550.43 | 1,085.48 |
| Overtime Earnings | 0.00 | | 0.00 | 0.00 |
| PTO - Employee Paid Ti | 24.00 | 12.300000 | 295.20 | 332.10 |
| Holiday | 0.00 | | 0.00 | 236.78 |
| Co Match | 0.00 | 7.000000 | 59.19 | 115.80 |
| Co Match Add'l | 0.00 | 1.000000 | 8.46 | 16.55 |
| | 68.75 | | 845.63 | 1,654.36 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 845.63 | 0.00 | 0.00 |
| OASDI | | 845.63 | 52.43 | 102.57 |
| Medicare | | 845.63 | 12.26 | 23.99 |
| Medicare - Additional | | 845.63 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 845.63 | 25.96 | 50.79 |
| PA SUI - EE | | 845.63 | 0.59 | 1.16 |
| Erie - Harbor Creek S I | | 845.63 | 8.46 | 16.55 |
| 250701 - Erie - Harbor | | 845.63 | 2.00 | 4.00 |
| | | | 101.70 | 199.06 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Retirement | 33.83 | 66.18 |
| Childcare Expense | 50.00 | 100.00 |
| | 83.83 | 166.18 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK, NATIC | Ends with ***8606 | 660.10 |
| | | 660.10 |

This code is shown for information only. It has no effect on your net pay.

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 310914

| Total Gross Pay | 845.63 |
|---|---|
| Federal Taxes | -64.69 |
| State and Local Taxes | -37.01 |
| Other Deductions | -83.83 |
| Net Pay | 660.10 |
| Direct Deposits | -660.10 |
| Net Check | 0.00 |

### Additional Information

| **Time Off Balances** | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 73.75 |

7:03

.ıl 🛜 57

## 1 of 1

Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

**? GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 01/23/2026 | 310914 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

Direct Deposit Voucher
0147  30960  01/23/26  310914
**Nathan Beam**
3286 Dias St
Erie, PA 16510

**Direct Deposit Amount**        \*\*\*\*\*\*\*\* 660.10

Please check your address for W-2's

Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

RP_818_8801_Y ® 2012 ReadyPay1

| **Nathan Beam** | | **January 23, 2026** | | | | | **310914** |
|---|---|---|---|---|---|---|---|
| Emp Id | 30960 | Loc | 3-6-2120-01 | Period Begin | 01/04/26 | Net Pay | 660.10 |
| SSN | XXX-XX-5087 | Hire Date | 04/18/23 | Period End | 01/17/26 | Dir Dep | 660.10 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 44.75 | 12.300000 | 550.43 | 1,085.48 |
| Overtime Earnings | 0.00 | | 0.00 | 0.00 |
| PTO - Employee Paid Ti | 24.00 | 12.300000 | 295.20 | 332.10 |
| Holiday | 0.00 | | 0.00 | 236.78 |
| Co Match | 0.00 | 7.000000 | 59.19 | 115.80 |
| Co Match Add'l | 0.00 | 1.000000 | 8.46 | 16.55 |
| | 68.75 | | 845.63 | 1,654.36 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H-0 | 845.63 | 0.00 | 0.00 |
| OASDI | | 845.63 | 52.43 | 102.57 |
| Medicare | | 845.63 | 12.26 | 23.99 |
| Medicare - Additional | | 845.63 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 845.63 | 25.96 | 50.79 |
| PA SUI - EE | | 845.63 | 0.59 | 1.16 |
| Erie - Harbor Creek S I | | 845.63 | 8.46 | 16.55 |
| 250701 - Erie - Harbor | | 845.63 | 2.00 | 4.00 |
| | | | 101.70 | 199.06 |

| Other Deductions from Pay | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Retirement | | | 33.83 | 66.18 |
| Childcare Expense | | | 50.00 | 100.00 |
| | | | 83.83 | 166.18 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK, NATI( Ends with \*\*\*8606 | | 660.10 |
| | | 660.10 |

This code is shown for information only. It has no effect on your net pay.

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 310914

| | |
|---|---|
| Total Gross Pay | 845.63 |
| Federal Taxes | -64.69 |
| State and Local Taxes | -37.01 |
| Other Deductions | -83.83 |
| Net Pay | 660.10 |
| Direct Deposits | -660.10 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 73.75 |

7:03

**1 of 1**

Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 01/09/2026 | 310537 |

**Direct Deposit Advice**

**\*\*\* This is not a check \*\*\***

**Direct Deposit Amount**            \*\*\*\*\*\*\*\* 629.02

Direct Deposit Voucher
0147  30960  01/09/26  310537
**Nathan Beam**
3286 Dias St
Erie, PA 16510

Please check your address for W-2's

Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview · Direct Deposit Preview

RP_D10_8081_Y X 2012 ReadyPay

| Nathan Beam | | | January 09, 2026 | | | | 310537 |
|---|---|---|---|---|---|---|---|

| Emp Id | 30960 | Loc | 3-6-2120-01 | Period Begin | 12/21/25 | Net Pay | 629.02 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-5087 | Hire Date | 04/18/23 | Period End | 01/03/26 | Dir Dep | 629.02 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 43.50 | 12.300000 | 535.05 | 535.05 |
| Overtime Earnings | 0.00 | | 0.00 | 0.00 |
| PTO - Employee Paid Ti | 3.00 | 12.300000 | 36.90 | 36.90 |
| Holiday | 19.25 | 12.300000 | 236.78 | 236.78 |
| Co Match | 0.00 | 7.000000 | 56.61 | 56.61 |
| Co Match Add'l | 0.00 | 1.000000 | 8.09 | 8.09 |
| | 65.75 | | 808.73 | 808.73 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 808.73 | 0.00 | 0.00 |
| OASDI | | 808.73 | 50.14 | 50.14 |
| Medicare | | 808.73 | 11.73 | 11.73 |
| Medicare - Additional | | 808.73 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 808.73 | 24.83 | 24.83 |
| PA SUI - EE | | 808.73 | 0.57 | 0.57 |
| Erie - Harbor Creek S D | | 808.73 | 8.09 | 8.09 |
| 250701 - Erie - Harbor | | 808.73 | 2.00 | 2.00 |
| | | | 97.36 | 97.36 |

| Other Deductions from Pay | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Retirement | | | 32.35 | 32.35 |
| Childcare Expense | | | 50.00 | 50.00 |
| | | | 82.35 | 82.35 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK, NATIC | Ends with \*\*\*8606 | 629.02 |
| | | 629.02 |

This code is shown for information only. It has no effect on your net pay.

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 310537

| | |
|---|---|
| Total Gross Pay | 808.73 |
| Federal Taxes | -61.87 |
| State and Local Taxes | -35.49 |
| Other Deductions | -82.35 |
| Net Pay | 629.02 |
| Direct Deposits | -629.02 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 97.75 |

7:04

**1 of 1**  Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

| | Voucher Date | Voucher Number |
|---|---|---|
| | 12/26/2025 | 310053 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

Direct Deposit Voucher
0147  30960  12/26/25  310053
**Nathan Beam**
3286 Dias St
Erie, PA 16510

**Direct Deposit Amount**            \*\*\*\*\*\*\*\* 753.34

Please check your address for W-2's

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_810_INB1_Y  © 2012 RoachPayt

| Nathan Beam | December 26, 2025 | 310053 |
|---|---|---|

| Emp Id | 30960 | Loc | 3-6-2120-01 | Period Begin | 12/07/25 | Net Pay | 753.34 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-5087 | Hire Date | 04/18/23 | Period End | 12/20/25 | Dir Dep | 753.34 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 77.75 | 12.300000 | 956.33 | 21,890.75 |
| Overtime Earnings | 0.00 | | 0.00 | 410.53 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 992.33 |
| Holiday | 0.00 | | 0.00 | 447.92 |
| Co Match | 0.00 | 7.000000 | 66.94 | 1,187.61 |
| Co Match Add'l | 0.00 | 1.000000 | 9.56 | 169.67 |
| | 77.75 | | 956.33 | 23,741.53 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H-0 | 956.33 | 0.00 | 0.00 |
| OASDI | | 956.33 | 59.29 | 1,471.97 |
| Medicare | | 956.33 | 13.86 | 344.25 |
| Medicare - Additional | | 956.33 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 956.33 | 29.36 | 728.85 |
| PA SUI - EE | | 956.33 | 0.67 | 16.62 |
| Erie - Harbor Creek S T | | 956.33 | 9.56 | 237.43 |
| 250701 - Erie - Harbor | | 956.33 | 2.00 | 52.00 |
| | | | 114.74 | 2,851.12 |

| Other Deductions from Pay | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Retirement | | | 38.25 | 678.64 |
| Childcare Expense | | | 50.00 | 1,300.00 |
| | | | 88.25 | 1,978.64 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK, NATIC | Ends with \*\*\*8606 | 753.34 |
| | | 753.34 |

This code is shown for information only. It has no effect on your net pay.

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 310053

| Total Gross Pay | 956.33 |
|---|---|
| Federal Taxes | -73.15 |
| State and Local Taxes | -41.59 |
| Other Deductions | -88.25 |
| Net Pay | 753.34 |
| Direct Deposits | -753.34 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 0.00 |


🔕 **Ringer**

Direct Deposit Preview — Direct Deposit Preview — Direct Deposit Preview — Direct Deposit Preview — Direct Deposit Preview — Direct Deposit Preview

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET
ERIE, PA 16501

**Voucher Date** 12/12/2025
**Voucher Number** 309663

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount** \*\*\*\*\*\*\*\* 764.98

Direct Deposit Voucher
0147 30960 12/12/25 309663
**Nathan Beam**
3286 Dias St
Erie, PA 16510

Please check your address for W-2's

Direct Deposit Preview — Direct Deposit Preview — Direct Deposit Preview — Direct Deposit Preview — Direct Deposit Preview — Direct Deposit Preview

| Nathan Beam | December 12, 2025 | 309663 |
|---|---|---|

| Emp Id | 30960 | Loc | 3-6-2120-01 | Period Begin | 11/23/25 | Net Pay | 764.98 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-5087 | Hire Date | 04/18/23 | Period End | 12/06/25 | Dir Dep | 764.98 |
| Clock | XXXX | Status | A | Check Type | Regular | | |

### Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 72.75 | 12.300000 | 894.83 | 20,934.42 |
| Overtime Earnings | 0.25 | 18.450000 | 4.61 | 410.53 |
| PTO - Employee Paid Ti | 0.00 | | 0.00 | 992.33 |
| Holiday | 5.75 | 12.300000 | 70.73 | 447.92 |
| Co Match | 0.00 | 7.000000 | 67.91 | 1,120.67 |
| Co Match Add'l | 0.00 | 1.000000 | 9.70 | 160.11 |
| | 78.75 | | 970.17 | 22,785.20 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | H1-0 | 970.17 | 0.00 | 0.00 |
| OASDI | | 970.17 | 60.15 | 1,412.68 |
| Medicare | | 970.17 | 14.07 | 330.39 |
| Medicare - Additional | | 970.17 | 0.00 | 0 00 |
| Pennsylvania SITW | S-0 | 970.17 | 29.78 | 699.49 |
| PA SUI - EE | | 970.17 | 0.68 | 15.95 |
| Erie - Harbor Creek S L | | 970.17 | 9.70 | 227.87 |
| 250701 - Erie - Harbor | | 970.17 | 2.00 | 50.00 |
| | | | 116.38 | 2,736.38 |

**Other Deductions from Pay**

| | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Retirement | | | 38.81 | 640.39 |
| Childcare Expense | | | 50.00 | 1,250 00 |
| | | | 88.81 | 1,890.39 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| CITIZENS BANK, NATL Ends with \*\*\*8606 | | 764.98 |
| | | 764.98 |

This code is shown for information only. It has no effect on your net pay.

**YMCA OF GREATER ERIE**
31 WEST 10TH STREET ERIE, PA 16501

### Payment Summary for Voucher 309663

| | |
|---|---|
| Total Gross Pay | 970.17 |
| Federal Taxes | -74.22 |
| State and Local Taxes | -42.16 |
| Other Deductions | -88.81 |
| Net Pay | 764.98 |
| Direct Deposits | -764.98 |
| Net Check | 0.00 |

### Additional Information

| **Time Off Balances** | Dollars | Hours |
|---|---|---|
| PTO -Employee PTO | | 0.00 |