**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 26−10290−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Sarah J. Young
3450 Davison Road
Harborcreek, PA 16421−0000

Social Security No.:
xxx−xx−1257

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth Steidl
Steidl & Steinberg
Koppers Building
436 Seventh Ave. Ste. 322
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
October 5, 2026
01:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861

CONFIRMATION HEARING DATE/TIME/LOC
October 5, 2026
01:00 PM
Same location as Meeting of Creditors

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/1/26

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sarah J. Young
Debtor

Case No. 26-10290-JCM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: auto | Page 1 of 3
Date Rcvd: Sep 01, 2026 | Form ID: rsc13 | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah J. Young, 3450 Davison Road, Harborcreek, PA 16421-1415 |
| 16676924 | + | Harris & Harris, P.o. Box 186, Chicago, IL 60690-0186 |
| 16676928 | + | Jordan Law Firm, 1800 Murray Avenue, PO Box 8108, Pittsburgh, PA 15217-0108 |
| 16700314 | | LoanCare, LLC, 637 Sentara Way, Virginia Beach, VA 23452 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2026 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2026 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16676917 | + | Email/Text: bankruptcy@cavps.com | Sep 02 2026 03:39:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 16676916 | + | Email/Text: bankruptcy@cavps.com | Sep 02 2026 03:39:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 16676919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2026 03:47:36 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16676918 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2026 03:37:16 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 16676920 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 02 2026 03:36:47 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16676921 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 02 2026 03:36:47 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16676923 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 02 2026 03:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16676922 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 02 2026 03:38:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 16676925 | | Email/Text: HHEBN@harriscollect.com | Sep 02 2026 03:38:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604 |
| 16680478 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2026 03:38:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16676927 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2026 03:38:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 16676926 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2026 03:38:00 | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 16676931 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 03:36:47 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16676932 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 03:37:16 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16683830 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 03:36:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16676929 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 02 2026 03:38:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16676930 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 02 2026 03:38:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 16694982 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 02 2026 03:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16676933 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 02 2026 03:38:00 | Midland Credit Mgmt, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 16676934 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 02 2026 03:38:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16676935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2026 03:37:01 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16676936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2026 03:37:15 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16690882 | | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2026 03:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16678082 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 02 2026 03:37:14 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 16676937 | | Email/Text: Bankruptcy@mnghllc.com | Sep 02 2026 03:38:00 | Uown Leasing, 10500 University Center Dr, Suite 150, Tampa, FL 33612-6461 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 16689891 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 16689890 | *+ | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 16689893 | *+ | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16689892 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 16689894 | *+ | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16689895 | *+ | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16689897 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16689896 | *+ | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 16689899 | *P++ | HARRIS & HARRIS, 111 W JACKSON BLVD STE 650, CHICAGO IL 60604-3589, address filed with court:, Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604 |
| 16689898 | *+ | Harris & Harris, P.o. Box 186, Chicago, IL 60690-0186 |
| 16689901 | *+ | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 16689900 | *+ | Jefferson Capital Systems, Llc, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 16689902 | *+ | Jordan Law Firm, 1800 Murray Avenue, PO Box 8108, Pittsburgh, PA 15217-0108 |
| 16689905 | * | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16689906 | *+ | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |

| | | |
|---|---|---|
| 16689903 | *+ | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16689904 | *+ | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 16689907 | *+ | Midland Credit Mgmt, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 16689908 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16689909 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16689910 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16689911 | * | Uown Leasing, 10500 University Center Dr, Suite 150, Tampa, FL 33612-6461 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Sarah J. Young julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sherri R Dicks | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC shrdlaw@outlook.com |

TOTAL: 5